In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00062-CV**
_____

**IN THE INTEREST OF G.B.**

**On Appeal from the 88th District Court**
**Hardin County, Texas**
**Trial Cause No. 62066**

**ORDER**

On February 23, 2022, the associate judge signed an order terminating the parental rights of B.B. and G.B. On February 22, 2022, G.B. filed a notice of appeal to this Court and a request for a de novo hearing before the referring court. The date the referring court signs a final order is the controlling date for the purposes of appeal. *See* Tex. Fam. Code Ann. § 201.016. "The appellate court may allow an appealed order that is not final to be modified so as to be made final and may allow the modified order and all proceedings relating to it to be included in a supplemental record." Tex. R. App. P. 27.2. Accordingly, we abate the appeal and remand the

1

cause to the trial court. *See id.* Upon remand, the trial court may issue such further orders or judgments necessary to create a final, appealable order in this cause. The appeal will be reinstated without further order of this Court when the supplemental clerk's record containing the final order is filed with the appellate court. Unless a final, appealable order or judgment is included in a supplemental clerk's record and filed with the clerk of this court on or before June 3, 2022, the appeal will be reinstated and dismissed for want of jurisdiction.

     ORDER ENTERED May 4, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.